**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

HERBERT LEON COHRAN, JR.,                    :

        Plaintiff,                    :

        v.                    :          CIVIL ACTION NO.: CV213-033

CHARLES F. McPHEARSON;                    :
DANIEL O'NEAL; ERIC A.                    :
WATSON; and CAMDEN                    :
COUNTY SHERIFF'S OFFICE,                    :

        Defendants.                    :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion for Summary Judgment or, in the alternative, Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ____ day of _____, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA